# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SHARON VAIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-03449-CV-S-SRB |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On July 28, 2015, the Court heard oral argument on *Plaintiff's Social Security Brief,* filed March 2, 2015, [Doc. #9] and *Brief for Defendant*, filed May 15, 2015 [Doc. #12]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


Dated July 30, 2015                                             /s/ Stephen R. Bough
                                                                            STEPHEN R. BOUGH
                                                                            UNITED STATES DISTRICT JUDGE